IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECOND STORY FARMING, INC.,** d/b/a **METROPOLIS FARMS** | : : : | **CIVIL ACTION** |
| Plaintiff | : : | NO. 2:18-cv-00387-RBS |
| v. | : : | |
| **ARTHUR S. MCHENRY, CAP,** *et al.* | : : | |
| Defendants. | : : | |

# O R D E R

**AND NOW**, this  30th  day of   May   , 2018, upon consideration of the letter request of S. David Fineman, designated Receiver in the consolidated matters of Leon Weingrad, et al. v. John F. Griffin, et al., February Term, 2018, No. 0-1511 and Svid Swanson Ventures I, LLC and Betty, Inc. v. Second Story Farming, Inc., et al., February Term, 2018, No. 01382, currently in the Court of Common Pleas of Philadelphia County,  it is **ORDERED** that the above-captioned case be placed in **CIVIL SUSPENSE**.

**IT IS FURTHER ORDERED** that the Receiver shall provide the Court with a status report on or before June 29, 2018.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**